LOUIS L. CAGE, as Executor, etc., of ISAAC WISEMAN, Deceased, Respondent, v. FANNIE ROSENBERG, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. with leave to the defendant to serve an

amended answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.